UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia company,<br><br>Plaintiff,<br><br>v.<br><br>YAKIMA AIR TERMINAL MCALLISTER FIELD, an agency and/or department of the City of Yakima and County of Yakima, Washington; CITY OF YAKIMA, a Washington municipal corporation; and COUNTY OF YAKIMA, a municipal corporation,<br><br>Defendants. | NO: 1:15-CV-3021-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 52). The stipulation was submitted for consideration without oral argument. The Court—having reviewed the stipulation and the entire record—is fully informed. The parties have stipulated that all claims in this matter may be dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to the parties' stipulation (ECF No. 52) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is **DISMISSED with prejudice** and without costs to any party.

The District Court Clerk is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** August 3, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2